AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Jorge A. Arias<br><br>_Petitioner_<br><br>v.<br><br>Antone Moniz, Superintendent, Plymouth County Correctional Facility, Joseph D. McDonald, Jr, Sheriff of Plymouth County, and Patricia Hyde, Acting Field Office Director, U.S. Immigration and Customs<br>_Respondent_<br>(name of warden or authorized person having custody of petitioner) | Case No. _____<br>_(Supplied by Clerk of Court)_ |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Jorge Alberto Arias
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Plymouth County House of Correction
   (b) Address: 26 Long Pond Rd.
   Plymouth, MA 02360
   (c) Your identification number: 59272
3. Are you currently being held on orders by:
   ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:
   ICE  I was detained on
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other _(explain)_: being held by ICE. I already have a Court Date in Boston Immigration Court. I already paid a bond of $5,000.00 in 2013.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:  ICE
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   I challenge my detention. I already paid a bond of $5,000.00 in 2013. I have a Court date in immigration Court for a master hearing. My adult son is a US citizen and he is filing a petition to sponsor me. I am also married to a US citizen. I have no criminal convictions. The Immigration Court has all my documents.
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes      ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____
      _____
      _____
      _____
      _____

   (b) If you answered "No," explain why you did not file a second appeal: _____
   _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ❏ Yes         ❏ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____
      _____
      _____
      _____
      _____

   (b) If you answered "No," explain why you did not file a third appeal: _____
   _____

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ❏ Yes         ❏ No
    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
           ❏ Yes            ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☑ Yes   ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 05/19/2025
(b) Date of the removal or reinstatement order: There is no removal order
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☑ No

If "Yes," provide:
(1) Date of filing: ___
(2) Case number: ___
(3) Result: ___
(4) Date of result: ___
(5) Issues raised: ___

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court: ___
(2) Date of filing: ___
(3) Case number: ___
(4) Result: ___
(5) Date of result: ___
(6) Issues raised: ___

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: ___
(b) Name of the authority, agency, or court: ___

(c) Date of filing: ___
(d) Docket number, case number, or opinion number: ___
(e) Result: ___
(f) Date of result: ___
(g) Issues raised: ___

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The Boston Immigration Court released me on a bond in 2013. I paid $5,000.00. My US citizen son is filing a petition to sponser me. I am married to a US citizen. I have no convcitions. I have not violated the conditions of my release. My case is scheduled for a master hearing.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I was told that I have been locked up because of my criminal history but I have no convictions so I do not understand. The Immigration Judge already considered everything and granted me a bond. Nothing has changed since I was granted a bond. I have not violated any of the Judge's conditions.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes        ☐ No

**GROUND TWO:** The ICE, FBI and ATF officers arrested me violently. I had just began my work day driving my taxi. They blocked in my taxi with 3 or 4 vehicles and there were at least 6 officers. They refuse to give me information. My attormey who represents me in the Immigration Court has called ICE and they refuse to give her any information. She has emailed Boston Outreach and she receives no responses.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes        ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: I want to be released. I already paid a bond of $5,000.00.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:     05/28/2025

Jorge Arias  *(signed)* Jorge Arias
*Signature of Petitioner*

Raylene Wentz Sandoval  *(signed)*
*Signature of Attorney or other authorized person, if any*